**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| GULF COAST COMMUNITY HOSPITAL, INC. | § § § | **PLAINTIFF** |
| v. | § § | **CAUSE NO. 1:04CV881** |
| EVERETT J. KENNEDY | § | **DEFENDANT** |

## JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 37(b)(2)(C)

This cause came before the Court for consideration of the Plaintiff's Motion for Sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(C), the issues having been duly heard and considered and a decision having been duly rendered in the Court's Order Adopting Findings of Fact and Recommendation,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Sanctions [27] is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Default Judgment is hereby entered against Defendant Everett J. Kennedy pursuant to FED. R. CIV. P. 37(b)(2)(C)

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff shall recover of the Defendant the total sum of $689,532.19 as liquidated damages, with interest thereon at the rate of 4.77 percent as provided by law.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE